## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. | **DAVID ATKINS, Special Administrator** ) | |
| | **of the Estate of and in His Capacity** ) | |
| | **as Heir of Deceased,** ) | |
| | **JANA R. ATKINS,** ) | |
| | ) | |
| | **Plaintiff,** ) | **CIV-15-730-C** |
| **v.** | ) | |
| | ) | |
| 1. | **THE STATE OF OKLAHOMA ex rel** ) | |
| | **THE UNIVERSITY OF CENTRAL** ) | |
| | **OKLAHOMA, and** ) | |
| 2. | **ONA BRITTON-SPEARS, in her** ) | |
| | **individual capacity as Coordinator** ) | |
| | **of Reference & Instruction** ) | |
| | **for the University of Central** ) | |
| | **Oklahoma,** ) | |
| | ) | **ATTORNEY LIEN CLAIMED** |
| | **Defendants.** ) | **JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL OF
## DEFENDANT ONA BRITTON-SPEARS

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties to this action, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal With Prejudice to the right of re-filing with respect to all of Plaintiff's claims against Defendant Ona Britton-Spears, with each part to bear his/her own costs and attorney fees.

Dated: June 8, 2017

READ AND APPROVED BY:

 s/Shannon C. Haupt
Jana B. Leonard, OBA No. 17844

-1-

Shannon C. Haupt, OBA No. 18922
LEONARD & ASSOCIATES, P.L.L.C.
8265 South Walker Avenue
Oklahoma City, OK 73139
(405) 239-3800 Telephone
(405) 239-3801 Facsimile
leonardjb@leonardlaw.com
haupts@leonardlaw.com
*Attorneys for Plaintiff*

s/ Richard Mann
_____
(Signed by filing attorney with permission)
Richard Mann, OBA # 11040
Assistant Attorney General
Oklahoma Office of the Attorney General
Litigation Division
313 NE 21st Street
Oklahoma City, Oklahoma 73105
Richard.Mann@oag.ok.gov
*Attorney for Defendant*s