IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.  DAVID ATKINS, Special Administrator of the Estate of and in His Capacity as Heir of Deceased, JANA R. ATKINS, | ) ) ) ) ) | |
| Plaintiff, | ) | CIV-15-730-C |
| v. | ) ) | |
| 1.  THE STATE OF OKLAHOMA ex rel THE UNIVERSITY OF CENTRAL OKLAHOMA, and | ) ) ) | |
| 2.  ONA BRITTON-SPEARS, in her individual capacity as Coordinator of Reference & Instruction for the University of Central Oklahoma, | ) ) ) ) ) ) | |
| | ) | **ATTORNEY LIEN CLAIMED** |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

### JOINT STIPULATION OF DISMISSAL OF DEFENDANT THE STATE OF OKLAHOMA ex rel THE UNIVERSITY OF CENTRAL OKLAHOMA

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties to this action, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal With Prejudice to the right of re-filing with respect to all of Plaintiff's claims against Defendant the State of Oklahoma ex rel The University of Central Oklahoma, with each party to bear their own costs and attorney fees.

Dated: June 9, 2016

READ AND APPROVED BY:

s/Shannon C. Haupt
Jana B. Leonard, OBA No. 17844
Shannon C. Haupt, OBA No. 18922
LEONARD & ASSOCIATES, P.L.L.C.
8265 South Walker Avenue
Oklahoma City, OK 73139
(405) 239-3800 Telephone
(405) 239-3801 Facsimile
leonardjb@leonardlaw.com
haupts@leonardlaw.com
*Attorneys for Plaintiff*

s/ Richard Mann
(Signed by filing attorney with permission)
Richard Mann, OBA # 11040
Assistant Attorney General
Oklahoma Office of the Attorney General
Litigation Division
313 NE 21st Street
Oklahoma City, Oklahoma 73105
Richard.Mann@oag.ok.gov
*Attorney for Defendant*s